# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**MARVIN O. COBB,**  **PETITIONER**
Reg. #09419-076

V.  CASE NO. 2:17-CV-00099-BD

**GENE BEASLEY, Warden,**
Federal Correctional Institution-Low,
Forrest City, Arkansas  **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Marvin O. Cobb's 28 U.S.C. § 2241 petition for writ of habeas corpus (#1) is hereby DISMISSED WITH PREJUDICE.

DATED this 7th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE